ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 3 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED

JAN 3 0 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                          DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

THOMAS WARREN RAY,            )        Case No. CV 12-0489-SJO (MLG)
                              )
          Petitioner,         )        JUDGMENT
                              )
     v.                       )
                              )
MELVIN HUNTER, et al.,        )
                              )
          Respondent.         )
_____)

     IT IS ADJUDGED that the petition is dismissed without prejudice.


Dated: __January 27, 2012._____

                              _____
                              S. James Otero
                              United States District Judge