JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS WARREN RAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MELVIN HUNTER, et al.,<br><br>　　　　Respondent. | Case No. CV 12-0489-SJO (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: __January 27, 2012.

　　　　　　　　　　　　　　S. James Otero
　　　　　　　　　　　　　　United States District Judge